UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| RAMESHKUMAR P. PATEL, | ) | |
|---|---|---|
| a/k/a Suresh P. Patel, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV2261 RWS |
| | ) | |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This case is before me on Patel's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [#1]. Patel is currently being detained within the Eastern District of Missouri pursuant to an order from an Immigration Court in Texas ordering his deportation from the country. It is unclear from the petition whether any or all of this case may be subject to transfer under the REAL ID Act of 2005 (109 P.L. 13; 8 U.S.C. §1252). As a result, I will hold a status conference to determine which issues are before the Court.

At the status conference, the parties shall be prepared to enumerate the issues before the Court and to discuss the type of scheduling order that would best bring this case to a speedy resolution.

**IT IS HEREBY ORDERED** that a status conference will be held on **February 27, 2006, at 2:00 p.m.** in the chambers of the undersigned.

Dated this 14th day of February, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE